THEREZIA KOSIR, as Temporary Administratrix of the Estate of ALOIS KOSIR, Deceased, Respondent, *v.* GRANVILLE P. ROGERS, Appellant, Impleaded with Another.

(Argued March 8, 1935; decided April 16, 1935.)

*Edward Ash* and *Lawson R. Jones* for appellant.
*Abraham J. Feitelberg* and *Frank J. Giusti* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.